✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CURTIS, DERRICA L | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br>CM/ECF Case No. 4:26-PO-00222-AGH |

| | | |
|---|---|---|
| Case No. | GM1 | E2771226 |
| USM No. | | |
| Pro SE | | |

Defendant's Attorney

**THE DEFENDANT:** CURTIS, DERRICA L

☑ **THE DEFENDANT** pleaded guilty to count(s)  1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-16(b) | Failure to Move Over reduced to OCGA § 40-6-2 Failure to Obey | 04/16/2026 | 1 |

☐  Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $185.00 | $ 5.00 | $ 150.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  8427

Defendant's Year of Birth:  1997

City and State of Defendant's Residence:
JACKSONVILLE, FL

07/22/2026
Date of Imposition of Judgment

Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

07/22/2026
Date